CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 5 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTONIO SMITH, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:08-cv-00476 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DEPUTY T. DIX, et. al., | ) | By: Hon. Glen E. Conrad |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1) as to all claims under 42 U.S.C. § 1983, and pursuant to 28 U.S.C. § 1367(c) as to all intended claims under state law; and the entire action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 25th day of August, 2008.

/s/ Glen E. Conrad
United States District Judge